United States District Court
Southern District of Texas

**ENTERED**

May 24, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| OSCAR ARRIAGA SANCHEZ, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. H-26-1727 |
| | § | |
| KRISTI NOEM, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER**

The petitioner, Oscar Arriaga Sanchez, filed a petition for a writ of habeas corpus.  (Docket Entry No. 1).  On April 10, 2026, an immigration judge granted Arriaga Sanchez voluntary departure.  *See* Arriaga Sanchez, EOIR Automated Case Information, https://acis.eoir.justice.gov/en/.[1]  No later than June 1, 2026, Arriaga Sanchez must provide the court with a status update explaining whether he is still in custody or whether his habeas petition is moot because he has voluntarily departed the country.

SIGNED on May 22, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge

---

[1] Publicly available information related to the petitioner's immigration proceedings may be found by searching for the petitioner by his A-number and nationality at the Executive Office for Immigration Review's website, available at https://acis.eoir.justice.gov/en (last visited May 22, 2026).