United States District Court
Southern District of Texas
**ENTERED**
May 29, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| OSCAR ARRIAGA SANCHEZ, | § |
|  | § |
|  | § |
| Petitioner, | § |
| v. | § CIVIL ACTION NO. H-26-1727 |
|  | § |
| MARKWAYNE MULLIN, *et al.*, | § |
|  | § |
| Respondents. | § |
|  | § |
|  | § |

**ORDER**

The petitioner, Oscar Arriaga Sanchez, informed the court that he has been granted voluntary departure and is no longer in ICE custody. (Docket Entry No. 10). His petition for a writ of habeas corpus is now moot. This case is dismissed, without prejudice.

SIGNED on May 29, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge